Case 1:21-cv-01651-ELR   Document 4   Filed 04/22/21   Page 1 of 7

E-FILED IN OFFICE - CS
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-02241-S6**
**4/22/2021 12:35 PM**
**TIANA P. GARNER, CLERK**

## STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DEBORAH FLOYD<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAYER PROPERTIES, LLC, AEW NEW CAPITAL MANAGEMENT, LLC D/B/A THE FORUM ON THE PEACHTREE PARKWAY, AND SOMA INTIMATES, LLC<br><br>　　　　Defendants, | Civil Action File No. 21-C-02241-S6 |

### AMENDED ANSWER OF BAYER PROPERTIES, LLC, , AND AEW NEW CAPITAL MANAGEMENT, LLC D/B/A THE FORUM ON THE PEACHTREE PARKWAY

COME NOW Defendants BAYER PROPERTIES, LLC and AEW NEW CAPITAL MANAGEMENT, LLC assert defenses and answer Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against these Defendants upon which relief may be granted.

### SECOND DEFENSE

Plaintiff has failed to mitigate her damages.

### THIRD DEFENSE

No act or omission by the Defendants was the proximate cause of any damage, if any, sustained by Plaintiff.

### FOURTH DEFENSE

Plaintiff's damages, if any, were the proximate result of her own actions or omissions or the acts or omissions of persons or parties other than these Defendants.

## FIFTH DEFENSE

No act or omission by the Defendants was the proximate cause of any damage, if any, sustained by Plaintiff.

## SIXTH DEFENSE

Plaintiff's damages, if any, were the proximate result of her own actions or omissions or the acts or omissions of persons or entities other than these Defendants and fault must be apportioned only to those at-fault persons or entities, including but not limited non-parties.

## SEVENTH DEFENSE

Plaintiff caused or contributed to cause any and all damages sustained and any claims are barred under the doctrine of contributory and/or comparative negligence.

## EIGHTH DEFENSE

Plaintiff did not exercise ordinary care for her own safety and assumed the risk of injury and, therefore, any claims are barred.

## NINTH DEFENSE

Any alleged hazardous condition or defect present at the time of the incident describe in the complaint was open and obvious.

## TENTH DEFENSE

Plaintiff had equal or superior knowledge of any alleged hazardous condition or defect at issue on the premises described in the Complaint.

## ELEVENTH DEFENSE

Defendants have at all times relevant to this case acted with an appropriate degree of care and diligence and are not liable to Plaintiff in any measure under any legally viable theory or claim.

## TWELFTH DEFENSE

Defendants have not acted in bad faith, been stubbornly litigious or caused Plaintiff unnecessary trouble and expense and, therefore, any claim for attorney's fees is barred.

**THIRTEENTH DEFENSE**

Plaintiffs' claim for attorneys' fees is barred by the existence of bona fide controversies.

**FOURTEENTH DEFENSE**

Plaintiffs' claim for punitive damages is barred because Defendants alleged acts or omissions were neither intentional, willful, wanton reckless nor showed indifference to the consequences of its actions or the rights of others.

**FIFTEENTH DEFENSE**

AEW New Capital Management, LLC is not a proper party to this matter, as it neither owned nor managed the Forum on Peachtree Parkway. The proper party would be CPT Peachtree Forum I, LLC, which is a Delaware LLC with its principal place of business in Boston, Massachusetts.

**SIXTEENTH DEFENSE**

Defendants respond to the individually-numbered paragraphs of Plaintiff's Complaint as follows:

**1.**

The allegations contained in Paragraph 1 of Plaintiff's Complaint are denied.

**2.**

Defendants are without the knowledge sufficient to either admit or deny the truth of the allegations contained in Paragraph 2 of Plaintiff' Complaint, therefore, the allegations are denied.

**3.**

The allegations contained in Paragraph 3 of Plaintiff's Complaint are denied. Bayer Properties LLC is a Delaware LLC with its principal place of business in Birmingham, Alabama.

**4.**

The allegations contained in Paragraph 4 of Plaintiff's Complaint are denied.

**5.**

Defendants are without the knowledge sufficient to either admit or deny the truth of the allegations contained in Paragraph 5 of Plaintiff' Complaint, therefore, the allegations are denied.

**6.**

The allegations contained in Paragraph 6 of Plaintiff's Complaint are admitted.

**7.**

The allegations contained in Paragraph 7 of Plaintiff's Complaint are admitted.

**8.**

Defendants are without the knowledge sufficient to either admit or deny the truth of the allegations contained in Paragraph 8 of Plaintiff' Complaint, therefore, the allegations are denied.

**9.**

Defendants are without the knowledge sufficient to either admit or deny the truth of the allegations contained in Paragraph 9 of Plaintiff' Complaint, therefore, the allegations are denied.

**10.**

The allegations contained in Paragraph 10 of Plaintiff's Complaint are denied.

**11.**

The allegations contained in Paragraph 11 of Plaintiff's Complaint are denied.

**12.**

The allegations contained in Paragraph 12 of Plaintiff's Complaint are denied.

**13.**

The allegations contained in Paragraph 13 of Plaintiff's Complaint are denied.

**14.**

The allegations contained in Paragraph 14 of Plaintiff's Complaint including sub-parts a through e are denied.

**15.**

The allegations contained in Paragraph 15 of Plaintiff's Complaint are denied.

**16.**

Defendants are without the knowledge sufficient to either admit or deny the truth of the allegations contained in Paragraph 16 of Plaintiff' Complaint, therefore, the allegations are denied.

**17.**

The allegations contained in Paragraph 17 of Plaintiff's complaint are denied.

**18.**

The allegations contained in Paragraph 18 of Plaintiff's Complaint are denied.

**19.**

The allegations contained in Paragraph 19 of Plaintiff's Complaint are denied.

**20.**

The allegations contained in Paragraph 20 of Plaintiff's Complaint are denied.

**21.**

Defendants deny any allegation not specifically responded to above, and also denies the unnumbered paragraph beginning "WHEREFORE, Plaintiff prays."

## DEMAND FOR A TWELVE-PERSON JURY

**Defendants demand a jury of twelve for any triable issues**.

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendants are not liable whatsoever to Plaintiff and respectfully request the following relief from this Honorable Court:

1) These Defendants request that it be discharged from this action;

2) All costs be taxed against the Plaintiff;

3) Judgment be entered in favor of these Defendants;

4) A trial by a twelve-person jury; and,

5) Any other relief this Court deems just and proper.

Dated: 22nd day of April, 2021

                         MCLAUGHLIN LAW FIRM

              By: /s/Charles R. Beans
                    Charles R. Beans
                    Georgia Bar No. 6720
                    *Attorneys for Defendants Bayer Properties, LLC and AEW New Capital Management, LLC*

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510
Charles.Beans@mgmesq.com

6

CERTIFICATE OF SERVICE

I certify that I have this day served the following with a copy of the within and foregoing **AMENDED ANSWER OF BAYER PROPERTIES, LLC, AND AEW NEW CAPITAL MANAGEMENT, LLC D/B/A THE FORUM ON THE PEACHTREE PARKWAY** by eFiling addressed to:

> Brandon Smith, Esq.
> Titus Smith, LLC
> 5755 North Point Parkway Suite 69
> Alpharetta, GA 30022

Dated: 22nd day of April, 2021

MCLAUGHLIN LAW FIRM

/s/Charles R. Beans
Charles R. Beans
Georgia Bar No. 6720
*Attorneys for Defendant(s)*

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510
Charles.Beans@mgmesq.com