# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEBORAH FLOYD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-01651-ELR |
| | * | |
| BAYER PROPERTIES, LLC, et al., | * | ATTEST: A TRUE COPY CERTIFIED THIS |
| | * | |
| Defendants. | * | Date: 5/21/2021 |
| | * | |
| | | JAMES N. HATTEN, Clerk |
| | | By: s/Jessica Kelley |
| | | Deputy Clerk |

**O R D E R**

Defendant SOMA Intimates, LLC ("Soma") removed this action from the State Court of Gwinnett County, Georgia, alleging diversity jurisdiction as its sole basis of subject matter jurisdiction. See Notice of Removal ¶ 7 [Doc. 1]. Diversity jurisdiction requires complete diversity between the parties, meaning that "the citizenship of every plaintiff must be diverse from the citizenship of every defendant." Legg v. Wyeth, 428 F.3d 1317, 1320 n.2 (11th Cir. 2005). Defendant Soma, as the party who removed this action to this Court, bears the burden of proving that diversity jurisdiction exists. Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir. 2001).

"[I]t is well settled that a federal court is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking." Univ. of S. Alabama v. Am. Tobacco Co., 168 F.3d 405, 410 (11th Cir. 1999). Therefore, the Court reviewed the

5

Notice of Removal and found that diversity jurisdiction may be lacking because Defendant Soma did not plead the citizenship of each of its members and the members of Defendants Bayer Properties, LLC, and AEW Capital Management, LLC. [Doc. 7]. Thus, on April 23, 2021, the Court ordered Defendant Soma to file a notice indicating the citizenship of each of the members of the LLC Defendants within twenty-one (21) days and stayed the case. [Id. at 3]; see 28 U.S.C. § 1653.

On May 13, 2021, Defendant Soma filed an amendment to its Notice of Removal. [Doc. 11]. In its amendment, Defendant Soma reiterates that Defendant Bayer Properties, LLC ("Bayer") "is a limited liability company organized under the laws of the State of Delaware and maintains its principal office in Birmingham[,] Alabama," and then states that the sole member of Bayer is "Bayer Properties Enterprises, LLC[,] which is also a Delaware company with its principal place of business in Birmingham, Alabama." [Doc. 11 at 1–2]. However, this statement does not cure the deficiency because Defendant Soma has not listed the citizenship of the members of Bayer Properties Enterprises, LLC.

As previously noted in the undersigned's April 23, 2021 Order, "a limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004); see also Americold Realty Trust v. Conagra Foods, Inc., 136 S. Ct. 1012, 1015 (2016) ("diversity jurisdiction in a suit by or against [an

2

unincorporated] entity depends on the citizenship of all of its members") (quotation omitted). "To sufficiently allege the citizenships [of an LLC], a party must list the citizenships of all the members of the limited liability company." Rolling Greens MHP, L.P., 374 F.3d at 1021. Importantly here, "because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well." Delay v. Rosenthal Collins Grp., LLC, 585 F.3d 1003, 1005 (6th Cir. 2009). Merely listing the principal place of business and the state where each entity was formed is insufficient. Pro Care Emergency Med. Servs., LLC v. Compass Pointe Health Care Sys., No. 1:15-CV-2944-WSD, 2015 WL 7300525, at *2 (N.D. Ga. Nov. 18, 2015) ("A limited liability company, unlike a corporation, is a citizen of any state of which one of its members is a citizen, not of the state where the company was formed or has it[s] principal office.").

Therefore, diversity jurisdiction is not satisfied because Defendant Soma has not provided the citizenship(s) of Bayer Properties Enterprises, LLC, as the sub-

member of Defendant Bayer.[1]  Because diversity jurisdiction is lacking, and Defendant Soma has been given an opportunity to cure the deficiencies regarding allegations of jurisdiction but failed to do so, the Court remands this case to state court.

For the foregoing reasons, the Court **REMANDS** this case to the State Court of Gwinnett County, Georgia, and **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 21st day of May, 2021.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Additionally, Defendant Soma states that Defendant AEW Capital Management, LLC ("AEW Capital") is an improperly named party, and thus, its citizenship should not be considered for purposes of removal. [Doc. 11 at 2–3]. Instead, Defendant Soma requests that the Court substitute CPT Peachtree Forum I, LLC ("CPT Peachtree Forum") in place of Defendant AEW Capital. [Id. at 2]. In alleging the citizenship of CPT Peachtree Forum, Defendant Soma states only that it "is a Delaware limited liability company with its principal place of business in Boston, Massachusetts" and that its sole member is "AEW Core Property Trust Holding LP, which is a limited partnership with its principal place of business in Boson, Massachusetts." [Id. at 3]. But again, this is insufficient to establish CPT Peachtree Forum's citizenship because the citizenships of the partners of AEW Core Property Trust Holding LP have not been listed. See Rolling Greens MHP, L.P., 374 F.3d at 1021 ("[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens."). Thus, even if the Court were to substitute CPT Peachtree Forum as a Defendant in this action, Defendant Soma has not met its burden to prove that diversity jurisdiction exists. See Williams, 269 F.3d at 1319.

4

4months,CLOSED,ELRLC2

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:21−cv−01651−ELR

| | |
|---|---|
| Floyd v. Bayer Properties, LLC et al | Date Filed: 04/23/2021 |
| Assigned to: Judge Eleanor L. Ross | Date Terminated: 05/21/2021 |
| Case in other court:  State Court of Gwinnett County, 21C02241S6 | Jury Demand: Both |
| | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1441 Petition for Removal− Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Deborah Floyd**     represented by     **Brandon Scott Smith**
Titus Smith, LLC
Suite 88
5755 North Point Parkway
Alpharetta, GA 30022
770−416−8426
Fax: 770−818−5545
Email: bsmith@titus−smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew K. Titus**
Titus Smith, LLC
Suite 88
5755 North Point Parkway
Alpharetta, GA 30022
770−416−8426
Email: mktitus@titus−smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bayer Properties, LLC**     represented by     **Charles Raymond Beans**
McLaughlin Law Firm
Suite 100
11575 Great Oaks Way
Alpharetta, GA 30022
470−415−5516
Fax: 470−415−5510
Email: charles.beans@mgmesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**AEW Capital Management, LLC**  
*doing business as*  
The Forum on Peachtree Parkway

**Charles Raymond Beans**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**SOMA Intimates, LLC**                represented by **Ashley Denise Alfonso**  
Swift, Currie, McGhee & Hiers, LLP  
The Peachtree, Suite 300  
1355 Peachtree St., N.E.  
Atlanta, GA 30309–3231  
404–874–8800  
Fax: 404–888–6199  
Email: ashley.alfonso@swiftcurrie.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Yamisi James**  
Swift, Currie, McGhee & Hiers, LLP  
The Peachtree, Suite 300  
1355 Peachtree St., N.E.  
Atlanta, GA 30309–3231  
404–874–8800  
Fax: 404–888–6199  
Email: yamisi.james@swiftcurrie.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/22/2021 | 1 | | NOTICE OF REMOVAL with COMPLAINT filed by SOMA Intimates, LLC. (Filing fee $ 402.00 receipt number CGANDC–10921742) (Attachments: # 1 Exhibit –A, # 2 Exhibit –B, # 3 Exhibit –C, # 4 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 04/23/2021) |
| 04/22/2021 | 2 | | ANSWER to 1 NOTICE OF REMOVAL with Jury Demand by SOMA Intimates, LLC. (Filed in State Court and included with Notice of Removal) Discovery ends on 9/20/2021.(eop) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified text on 4/23/2021 (eop). (Entered: 04/23/2021) |
| 04/22/2021 | 3 | | ANSWER to 1 NOTICE OF REMOVAL with Jury Demand by AEW Capital Management, LLC and Bayer Properties, LLC. (Filed in State Court and included with Notice of Removal)(eop) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 04/23/2021) |
| 04/22/2021 | 4 | | AMENDED ANSWER to by AEW Capital Management, LLC, and Bayer Properties, LLC. (Filed in State Court and included with Notice of Removal) (eop) (Entered: 04/23/2021) |

| 04/23/2021 | 5 | | ELEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/9/21. (eop) (Entered: 04/23/2021) |
|---|---|---|---|
| 04/23/2021 | 6 | | Certificate of Interested Persons and Corporate Disclosure Statement by AEW Capital Management, LLC, Bayer Properties, LLC identifying Other Affiliate CPT Peachtree Forum I LLC, Other Affiliate Bayer Properties Enterprises LLC for AEW Capital Management, LLC; Other Affiliate AEW Core Property Trust Holding LP, Other Affiliate Bayer Properties Enterprises LLC for Bayer Properties, LLC. (Beans, Charles) (Entered: 04/23/2021) |
| 04/23/2021 | | | Clerks Notation re 6 Certificate of Interested Persons/Corporate Disclosure Statement by AEW Capital Management, LLC, Bayer Properties, LLC identifying Other Affiliate CPT Peachtree Forum I LLC, Other Affiliate Bayer Properties Enterprises LLC for AEW Capital Management, LLC; Other Affiliate AEW Core Property Trust Holding LP, Other Affiliate Bayer Properties Enterprises LLC for Bayer Properties, LLC. Read and approved by District Judge Eleanor L. Ross. (mlb) (Entered: 04/23/2021) |
| 04/23/2021 | 7 | | ORDER: The Court ORDERS Defendant Soma to file a notice indicating the citizenship of each of its members and the members of Defendants Bayer Properties, LLC, and AEW Capital Management, LLC, within twenty−one (21) days from the date of entry of this order. The Court STAYS this case as to all Parties. The Court DIRECTS the Clerk to resubmit this action to the undersigned after twenty−one (21) days from the date of entry of this order. Signed by Judge Eleanor L. Ross on 4/23/2021. (jpk) (Entered: 04/23/2021) |
| 04/26/2021 | 8 | | NOTICE FROM THE COURT: INSTRUCTIONS FOR CIVIL CASES ASSIGNED TO THE HONORABLE ELEANOR L. ROSS. (mlb) (Entered: 04/26/2021) |
| 05/10/2021 | 9 | | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by SOMA Intimates, LLC. (James, Yamisi) (Entered: 05/10/2021) |
| 05/13/2021 | 10 | | Certificate of Interested Persons by SOMA Intimates, LLC. (James, Yamisi) (Entered: 05/13/2021) |
| 05/13/2021 | 11 | | Amendment to 1 Notice of Removal by SOMA Intimates, LLC (James, Yamisi) Modified on 5/14/2021 to add document link and edit text (jpk). (Entered: 05/13/2021) |
| 05/13/2021 | | | Clerks Notation re 10 Certificate of Interested Persons/Corporate Disclosures by SOMA Intimates, LLC. Read and approved by District Judge Eleanor L. Ross. (mlb) (Entered: 05/13/2021) |
| 05/17/2021 | | | Submission of 7 Order to District Judge Eleanor L. Ross. (jpk) (Entered: 05/17/2021) |
| 05/18/2021 | 12 | | Initial Disclosures by AEW Capital Management, LLC, Bayer Properties, LLC.(Beans, Charles) (Entered: 05/18/2021) |
| 05/21/2021 | 13 | | ORDER: The Court REMANDS this case to the State Court of Gwinnett County, Georgia, and DIRECTS the Clerk to close this case. Signed by Judge Eleanor L. Ross on 5/21/2021. (jpk) (Entered: 05/21/2021) |

| 05/21/2021 | | | Civil Case Terminated. (jpk) (Entered: 05/21/2021) |